UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JAMES M. PLASSE

    Plaintiff,

vs.

TYCO ELECTRONICS
CORPORATION,

    Defendant.

Civil Action No. 04-30056-MPN

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT TYCO ELECTRONICS CORPORATION

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.3(A), defendant Tyco Electronics Corporation states that it is an indirect, wholly-owned subsidiary of Tyco International Ltd., a publicly held company. No other publicly held company owns 10% or more of the stock of Tyco Electronics Corporation.

Respectfully submitted,

TYCO ELECTRONICS CORPORATION,

By its attorneys:

_____
Jeffrey D. Clements, BBO #632544
Clements & Clements LLP
50 Federal Street
Boston, MA 02110
(617) 451-1803

I, Jeffrey D. Clements, hereby certify that a copy of the foregoing document was served by first class mail to counsel of record for the plaintiff on March 22, 2004.

_____
Jeffrey D. Clements