UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. PLASSE )<br>      Plaintiff )<br>)<br>vs. )<br>)<br>TYCO ELECTRONICS )<br>CORPORATION, )<br>      Defendant ) | Civil Action No. 04-CV-30056-MAP |

## JOINT PRE-TRIAL STATEMENT

1.  Discovery Plan

    The parties propose the following schedule:

    | | |
    |---|---|
    | All written discovery completed by: | March 30, 2005. |
    | Depositions by: | March 30, 2005 |
    | Plaintiff's Expert Disclosures by: | March 30, 2005 |
    | Defendant's Expert Disclosures by: | April 30, 2005 |
    | Expert Depositions by: | April 30, 2005 |
    | Dispositive Motions by: | May 30, 2005 |

THE PLAINTIFF, JAMES PLASSE
BY HIS ATTORNEY

_____
Maurice M. Cahillane, Esq., BBO# 069660
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121

Dated: 12/30/04

THE DEFENDANT, TYCO
ELECTRONICS CORPORATION
BY ITS ATTORNEY

_____
Jeffrey D. Clements, Esq., BBO#632544
Clements & Clements, LLP
50 Federal Street
Boston, MA 02110
(617) 451-1802; Fax: (617) 451-6060

Dated: 12/30/04