UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. PLASSE )<br>        Plaintiff )<br>)<br>vs. )<br>)<br>TYCO ELECTRONICS )<br>CORPORATION, )<br>        Defendant ) | Civil Action No. 04-CV-30056-MAP |

### CERTIFICATION

    I hereby certify that I have conferred with my client with a view to establishing a budget for the cost of conducting the course of litigation and to consider the resolution of litigation through the use of alternative dispute resolution programs.

Dated:  12/30/04

                                        Maurice M. Cahillane, Esq., BBO# 069660
                                        EGAN, FLANAGAN AND COHEN, P.C.
                                        67 Market Street - Post Office Box 9035
                                        Springfield, MA 01102
                                        (413) 737-0260; Fax: (413) 737-0121

11094-030300\82289.wpd