UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAMES M. PLASSE,<br>      Plaintiff | )<br>)<br>) | |
| v. | ) | Civil Action No. 04-30056-MAP |
| | )<br>) | |
| TYCO ELECTRONICS<br>CORPORATION,<br>      Defendant | )<br>)<br>) | |

SCHEDULING ORDER
January 4, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall file any motions to amend the pleadings by January 25, 2005.

2. All written discovery and non-expert shall be completed by April 8, 2005.

3. Counsel shall appear for a case management conference on April 14, 2005, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　 /s/ Kenneth P. Neiman
　　　　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge