UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JAMES M. PLASSE

        Plaintiff,

vs.                                     Civil Action No. 04-CV-30056-MAP

TYCO ELECTRONICS
CORPORATION,

        Defendant.

**DEFENDANT'S CERTIFICATION OF
COMPLIANCE WITH LOCAL RULE 16.1(D)(3)**

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and authorized representative of defendant Tyco Electronics Corporation, certify that Tyco Electronics Corporation and its counsel have conferred: (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                                  TYCO ELECTRONICS CORPORATION

_/s/ Jeffrey D. Clements_                    By: _/s/ Charles C. Post_

Jeffrey D. Clements (BBO#632544)          Charles C. Post, Esquire
Counsel for                                      Director, Legal and Compliance
Tyco Electronics Corporation
Clements & Clements LLP
50 Federal Street
Boston, MA 02110
(617) 451-1802

**CERTIFICATE OF SERVICE**

I, Jeffrey D. Clements, hereby certify that a copy of the foregoing document was served by mailing same, postage prepaid, first class mail to counsel of record for the plaintiff on January 21, 2005

Jeffrey D. Clements