UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 FEB -7  A 11: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JAMES M. PLASSE ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Civil Action No. 04-CV-30056-MAP |
| ) | |
| TYCO ELECTRONICS ) | |
| CORPORATION, ) | |
| Defendant ) | |

## MOTION FOR EXTENSION OF TIME TO FILE
## OPPOSITION TO MOTION TO DISMISS

NOW COMES the plaintiff and moves for an extension of time of one week to file an answer to the Defendant's Motion to Dismiss and as cause therefor states:

1. Defendant has filed a dispositive motion to dismiss this case. Opposition is due February 8, 2005.

2. Plaintiff needs additional time to respond as the motion is lengthy and plaintiff's counsel has depositions in other cases scheduled for both February 7 and February 8 and has just completed a brief in a dispositive matter in another case last week.

3. Plaintiff requests until February 25, 2005, to file its opposition.

THE PLAINTIFF, JAMES PLASSE
BY HIS ATTORNEY

_____
Maurice M. Cahillane, Esq., BBO# 069660
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this 7th day of February, 2005, on all parties, by First Class Mail, postage prepaid, to:

Jeffrey D. Clements
Clements & Clements, LLP
50 Federal Street
Boston, MA 02110

                                                */s/ Maurice M. Cahillane*
                                                Maurice M. Cahillane

11094-030300\84828.wpd