July 26, 2000

Tyco Electronics
11 Tyco Drive
Stafford Springs, CT 06076

Dear Leslie:

I am enclosing my resume for the position of Controller (Ref Code TPCG Controller/Staff/Man) listed on Monster.com. I have held key financial manager positions for plastic packaging, specialty paper, and sporting goods manufacturing companies. In addition, I have extensive experience overseeing the budgeting process, month end closings, variance analysis, and financial reporting systems in a manufacturing environment.

Tyco, the world's largest supplier of electronic and electrical connectors, with combined sales of over $22 billion in fiscal 1999 is impressive.

I believe my qualifications closely parallel the requirements for the position and would appreciate meeting with you in person to discuss the position.

Please contact me at 413-562-8708 and I appreciate your confidentially.

Sincerely,

James M. Plasse

*F.day @ 10:00am - 8/4/00*
*Tuesday @ 6pm 08/08/00*

15-39

# CONFIDENTIAL RESUME

## James M. Plasse
19 Hillary Lane, Westfield, MA 01085
Home 413-562-8708, Work 413-529-1333
Fax: 413-529-1291

**Experience.**

**October 1996
To Present**

**Tubed Products, Inc., Easthampton, MA 01027**
**Packaging Division of McCormick & Company Spices**
*Financial Analysis Manager*

* Responsible for guiding and supporting senior management in their understanding of the financial related activities in a manner designed to meet the planned profitability of a $100 million company.
* Provide business advice to members of the operations and sales groups to assist them in achieving profit and volume objectives.
* Contribute to company strategy and initiatives as a key member of the financial staff achieving an $11 million turnaround in operating profits and a $5 million reduction in excess and obsolete inventories.
* Responsible for the financial analysis of capital asset proposals to assure conformance with corporate policy and financial targets with the sound investment of a $7 million capital budget.
* Support the pricing committee by providing the necessary standard and actual costs needed to make sound pricing decisions enabling the company to exceed planned gross margins by 20 percent.
* Coordinated a cross functional team to implement procedures and guidelines to improve the collection and resolution of over $400 thousand in outstanding receivables.
* Prepare and distribute weekly financial performance results and charts for the weekly staff meeting.
* Work with the company's information systems department to develop financial information systems.
* Responsible for the development and update of the finance departments policies and procedures.
* Chairperson and Executive Committee member of the McCormick & Company Multiple Management Board. (Junior Board of Directors)

**June 1992
to October 1996**

**Spalding Sports Worldwide, Chicopee, MA 01021**
*Senior Financial Analyst*

* Responsible for the management of accounting staff to ensure an accurate month end close for a $300 million U.S. Division.
* Interfaced available computer software with financial reporting requirements to streamline manual financial processes.
* Provided financial information for various sales and marketing managers, and vice presidents on key business trends, ratios, and variances.
* Participated in monthly staff meetings to review system improvements, contingency plans, expense reduction plans, and financial results.
* Directly responsible for product line budgets, forecasting, and financial statement analysis.
* Monitored operating expenses, costs, margin analysis, and product line profitability.
* Reconciled domestic and international inventory, manufacturing, and procurement variances.
* Audited billing transactions to assure accuracy and conformance with company policy.
* Reviewed disbursements for all inbound freight, duty, brokerage, bank charges, and custom fees applicable to inventory purchases.

15-40



CONFIDENTIAL RESUME

## James M. Plasse
19 Hillary Lane, Westfield, MA 01085
Home 413-562-8708, Work 413-529-1333

| June 1988 | **Ampad Corporation, Holyoke, MA 01040** |
|---|---|
| To June 1992 | Division of Mead Paper & Company |
| | *Senior Cost Accountant* |

* Responsible for all functions relating to cost accounting, budgets, and forecasting of a $200 million company.
* Lead a cross-functional team in the development and implementation of an activity based cost system.
* Coordinated all the manufacturing budgets for six manufacturing plants with $28 million in inventory.
* Supervised the daily accounting activities of three cost accountants, responsible for the monthly closing process, variance analysis, preparation of monthly financial statements and forecasts.
* Developed computer generated reports for tracking inventory waste, inefficiencies and material usage variances.
* Protected corporate assets through the development and implementation of sound financial policies and procedures.
* Participated in monthly staff meetings with senior management to review financial results, and corporate strategies for operational improvements.

| May 1986 | **Sealed Air Corporation, Holyoke, MA 01040** |
|---|---|
| To June 1988 | *Plant Controller/Accounting Manager* |

* Responsible for all plant accounting activities for two divisions of Sealed Air Corporation.
* Supervised the daily work activities of payroll, accounts payable, and accounts receivable departments.
* Responsible for product line budgets, fixed manufacturing and capital budgets, standard cost development, monthly closings, variance analysis, and monthly financial reporting.
* Prepared monthly profit and loss statements and variance analysis for a process cost environment.
* Assured optimum utilization of financial resources through sound forecasting and cash management.
* Audit billing transactions to assure accuracy and conformance with corporate policy and assist in setting relevant policy.
* Coordinated annual external and internal audits including the annual physical inventory process.

**Relevant Experience and Skills:**     Proficient in use of Excel, Microsoft Word and Powerpoint, Lotus 123, Lotus Wordpro, Lotus Freelance, Ross General Ledger, Mapics\XA, and other PC\Network based systems.

**Education:**     M.B.A., Western New England College, Springfield, MA
B.A., Accounting, Westfield State College, Westfield, MA
A.S., Business Administration, Holyoke Community College, Holyoke, MA
A.S., Criminal Law, Holyoke Community College, Holyoke, MA

**References:**     Available upon request

*15-41*

July 26, 2000

Tyco Electronics
11 Tyco Drive
Stafford Springs, CT 06076

Dear Leslie:

I am enclosing my resume for the position of Controller (Ref Code TPCG Controller/Staff/Man) listed on Monster.com. I have held key financial manager positions for plastic packaging, specialty paper, and sporting goods manufacturing companies. In addition, I have extensive experience overseeing the budgeting process, month end closings, variance analysis, and financial reporting systems in a manufacturing environment.

Tyco, the world's largest supplier of electronic and electrical connectors, with combined sales of over $22 billion in fiscal 1999 is impressive.

I believe my qualifications closely parallel the requirements for the position and would appreciate meeting with you in person to discuss the position.

Please contact me at 413-562-8708 and I appreciate your confidentially.

Sincerely,

James M. Plasse

*Friday @ 10:00am – 8/4/00*

*15-44*

CONFIDENTIAL RESUME

### James M. Plasse
19 Hillary Lane, Westfield, MA 01085
Home 413-562-8708, Work 413-529-1333

Experience:
October 1996
To Present

**Tubed Products, Inc., Easthampton, MA 01027**
Packaging Division of McCormick & Company Spices
*Financial Analysis Manager*

- Responsible for guiding and supporting senior management in their understanding of the financial related activities in a manner designed to meet the planned profitability of a $100 million company.
- Provide business advice to members of the operations and sales groups to assist them in achieving profit and volume objectives.
- Contribute to company strategy and initiatives as a key member of the financial staff achieving an $11 million turnaround in operating profits and a $5 million reduction in excess and obsolete inventories.
- Responsible for the financial analysis of capital asset proposals to assure conformance with corporate policy and financial targets with the sound investment of a $7 million capital budget.
- Support the pricing committee by providing the necessary standard and actual costs needed to make sound pricing decisions enabling the company to exceed planned gross margins by 20 percent.
- Coordinated a cross functional team to implement procedures and guidelines to improve the collection and resolution of over $400 thousand in outstanding receivables.
- Prepare and distribute weekly financial performance results and charts for the weekly staff meeting.
- Work with the company's information systems department to develop financial information systems.
- Responsible for the development and update of the finance departments policies and procedures.
- Chairperson and Executive Committee member of the McCormick & Company Multiple Management Board. (Junior Board of Directors)

June 1992
to October 1996

**Spalding Sports Worldwide, Chicopee, MA 01021**
*Senior Financial Analyst*

- Responsible for the management of accounting staff to ensure an accurate month end close for a $300 million U.S. Division.
- Interfaced available computer software with financial reporting requirements to streamline manual financial processes.
- Provided financial information for various sales and marketing managers, and vice presidents on key business trends, ratios, and variances.
- Participated in monthly staff meetings to review system improvements, contingency plans, expense reduction plans, and financial results.
- Directly responsible for product line budgets, forecasting, and financial statement analysis.
- Monitored operating expenses, costs, margin analysis, and product line profitability.
- Reconciled domestic and international inventory, manufacturing, and procurement variances.
- Audited billing transactions to assure accuracy and conformance with company policy.
- Reviewed disbursements for all inbound freight, duty, brokerage, bank charges, and custom fees applicable to inventory purchases.

15-45

CONFIDENTIAL RESUME

## James M. Plasse
19 Hillary Lane, Westfield, MA 01085
Home 413-562-8708, Work 413-529-1333

June 1988
To June 1992

**Ampad Corporation, Holyoke, MA 01040**
Division of Mead Paper & Company
*Senior Cost Accountant*

- Responsible for all functions relating to cost accounting, budgets, and forecasting of a $200 million company.
- Lead a cross-functional team in the development and implementation of an activity based cost system.
- Coordinated all the manufacturing budgets for six manufacturing plants with $28 million in inventory.
- Supervised the daily accounting activities of three cost accountants, responsible for the monthly closing process, variance analysis, preparation of monthly financial statements and forecasts.
- Developed computer generated reports for tracking inventory waste, inefficiencies and material usage variances.
- Protected corporate assets through the development and implementation of sound financial policies and procedures.
- Participated in monthly staff meetings with senior management to review financial results, and corporate strategies for operational improvements.

May 1986
To June 1988

**Sealed Air Corporation, Holyoke, MA 01040**
*Plant Controller/Accounting Manager*

- Responsible for all plant accounting activities for two divisions of Sealed Air Corporation.
- Supervised the daily work activities of payroll, accounts payable, and accounts receivable departments.
- Responsible for product line budgets, fixed manufacturing and capital budgets, standard cost development, monthly closings, variance analysis, and monthly financial reporting.
- Prepared monthly profit and loss statements and variance analysis for a process cost environment.
- Assured optimum utilization of financial resources through sound forecasting and cash management.
- Audit billing transactions to assure accuracy and conformance with corporate policy and assist in setting relevant policy.
- Coordinated annual external and internal audits including the annual physical inventory process.

**Relevant Experience**
**and Skills:**    Proficient in use of Excel, Microsoft Word and Powerpoint, Lotus 123, Lotus Wordpro, Lotus Freelance, Ross General Ledger, Mapics\XA, and other PC\Network based systems.

**Education:**    M.B.A., Western New England College, Springfield, MA
B.A., Accounting, Westfield State College, Westfield, MA
A.S., Business Administration, Holyoke Community College, Holyoke, MA
A.S., Criminal Law, Holyoke Community College, Holyoke, MA

**References:**    Available upon request                    15-46

July 26, 2000

Tyco Electronics
11 Tyco Drive
Stafford Springs, CT 06076

Dear Leslie:

I am enclosing my resume for the position of Controller (Ref Code TPCG Controller/Staff/Man) listed on Monster.com.  I have held key financial manager positions for plastic packaging, specialty paper, and sporting goods manufacturing companies.  In addition, I have extensive experience overseeing the budgeting process, month end closings, variance analysis, and financial reporting systems in a manufacturing environment.

Tyco, the world's largest supplier of electronic and electrical connectors, with combined sales of over $22 billion in fiscal 1999 is impressive.

I believe my qualifications closely parallel the requirements for the position and would appreciate meeting with you in person to discuss the position.

Please contact me at 413-562-8708 and I appreciate your confidentially.

Sincerely,

James M. Plasse

*Friday @ 10:00am – 8/4/00*
*Tuesday @ 6pm  08/08/00*



**C.J. NUSOM**
PLANT MANAGER

TUBED PRODUCTS, INC.
44 O'NEILL STREET
EASTHAMPTON, MA 01027
TEL. 413-529-1332
EMAIL: ClaudeNusom_tti@mccormick.com
FAX. 413-529-1290

McCORMICK PACKAGING GROUP

**JAMES PLASSE**
FINANCIAL ANALYSIS MANAGER

TUBED PRODUCTS, INC.
44 O'NEILL ST.
EASTHAMPTON, MA 01027
TEL. 413-529-1333
FAX. 413-529-1291

McCORMICK PACKAGING GROUP

**SID AMASYA, CPIM**
DIRECTOR OF MATERIALS & LOGISTICS

TUBED PRODUCTS, INC.
44 O'NEILL ST.
EASTHAMPTON, MA 01027
TEL. 413-529-1331
FAX. 413-529-1290
Sid_Amasya@mccormick.com



McCORMICK PACKAGING GROUP

15-47