UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. PLASSE<br><br>            Plaintiff,<br><br>vs.<br><br>TYCO ELECTRONICS CORPORATION,<br><br>            Defendant. | Civil Action No.  04-CV-30056-MAP |

**TYCO ELECTRONICS CORPORATION'S MOTION
FOR LEAVE TO FILE REPLY TO
<u>PLAINTIFF'S OPPOSITION TO DISMISS COMPLAINT</u>**

Tyco Electronics Corporation ("Tyco Electronics") hereby moves the Court for leave to file a brief Reply to the Plaintiff's Opposition to Tyco Electronics' Motion to Dismiss. <u>See</u> Ex. 1. This Reply serves two purposes. First, it seeks to clarify several of the issues raised by the plaintiff's opposition to Tyco Electronics' motion to dismiss. Second, it provides a second affidavit by Human Resources Director Maryann Ayala in response to the plaintiff's claim that Tyco Electronics has failed to provide a complete and accurate copy of the plaintiff's personnel file. Tyco Electronics' counsel has conferred with plaintiff's counsel about this motion for leave to file a reply, and plaintiff's counsel had no objections. Accordingly, Tyco Electronics believes that this Reply will assist the Court in resolving the pending Motion to Dismiss, and respectfully asks the court to consider the attached Reply.

Respectfully submitted,

                                TYCO ELECTRONICS CORPORATION,

                                By its attorneys:

                                /s/ Jeffrey D. Clements
                                _____
                                Jeffrey D. Clements, BBO #632544
                                Ingrid S. Martin, BBO #653632
                                Clements & Clements LLP
                                50 Federal Street
                                Boston, MA 02110
                                (617) 451-1802

## CERTIFICATE OF SERVICE

I, Jeffrey D. Clements, hereby certify that a copy of the foregoing document was served by first class mail to counsel of record for the plaintiff on March 4, 2005.

                                /s/ Jeffrey D. Clements
                                _____
                                Jeffrey D. Clements

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Jeffrey D. Clements, hereby certify that counsel discussed the above motion to for leave to file a reply with opposing counsel via telephone on March 3, 2005 and opposing counsel had no objections to the motion.

                                /s/ Jeffrey D. Clements
                                _____
                                Jeffrey D. Clements