UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES M. PLASSE,

CASE NO. 04-30056- MAP

V.

TYCO ELECTRONICS CORPORATION

## NOTICE

PLEASE TAKE NOTICE that the above-entitled case has been set for a hearing on the Defendant's motion to motion to dismiss on 4/28/2005 at 2:30 P.M. before Michael A. Ponsor, U.S. D.J In Courtroom # __1__ on the __5th__ floor.

SARAH THORNTON
CLERK OF COURT

MARCH 14, 2005                By: /s/ Elizabeth A. French
   Date                            Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)                [kntchrgcnf.]
                                              [ntchrgcnf.]