UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JAMES M. PLASSE

        Plaintiff,

vs.

TYCO ELECTRONICS
CORPORATION,

        Defendant.

Civil Action No. 04-CV-30056-MAP

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Jeffrey D. Clements, counsel for Defendant Tyco Electronics Corporation, hereby moves, pursuant to Local Rule 83.5.3(b), that Mark Diana, Esq. and Lynelle Slivinski, Esquire of the firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. of Morristown, New Jersey, be granted leave to appear and practice in this Court in the above-captioned matter.

Mr. Diana is a member in good standing of the state and federal bars in New Jersey and in the United States Court of Appeals for the Third Circuit. As described in the accompanying Certificate, his license to practice law is not, and has not been, subject to any disciplinary proceedings. He is familiar with the Local Rules of the United States District Court, District of Massachusetts, and will at all times be associated with undersigned counsel.

Ms. Slivinski is a member in good standing of state and federal bars in New Jersey and in New York. As described in the accompanying Certificate, her license to practice law is not, and has not been, subject to any disciplinary proceedings. She is

familiar with the Local Rules of the United States District Court, District of Massachusetts, and will at all times be associated with undersigned counsel.

WHEREFORE, undersigned counsel for Defendant respectfully requests that Attorneys Diana and Slivinski be admitted to practice law before this Court in this action.

Respectfully submitted,

TYCO ELECTRONICS CORPORATION,

By its attorneys:

_____
Jeffrey D. Clements, BBO #632544
Ingrid S. Martin, BBO #653632
Clements & Clements LLP
50 Federal Street
Boston, MA 02110
(617) 451-1802

**CERTIFICATE OF SERVICE**

I, Jeffrey D. Clements, hereby certify that a copy of the foregoing document was served by hand to counsel of record for the plaintiff on April 28, 2005.

_____
Jeffrey D. Clements

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

I, Jeffrey D. Clements, hereby certify that counsel discussed the above motion to for leave to file a reply with opposing counsel on April 28, 2005 and opposing counsel had no objections to the motion.

_____
Jeffrey D. Clements

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. PLASSE<br><br>    Plaintiff,<br><br>vs.<br><br>TYCO ELECTRONICS CORPORATION,<br><br>    Defendant. | Civil Action No. 04-CV-30056-MAP |

## VISITING LAWYER CERTIFICATE

Pursuant to Local Rule 83.5.3(b), I, Mark Diana, request leave of court to appear and practice in the United States District Court, District of Massachusetts as counsel for defendant Tyco Electronics Corporation. I am a shareholder of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., located in Morristown, New Jersey.

I certify that I am a member in good standing of the bars of the United States Court of Appeals, Third Circuit; the United States District Court, District of New Jersey; and the New Jersey Supreme Court. My license to practice law is not, and has not been, subject to any disciplinary proceedings. I am familiar with the Local Rules of the United States District Court, District of Massachusetts.

I shall be associated in this action with Jeffrey D. Clements of Clements & Clements, LLP, 50 Federal Street, Boston, Massachusetts 02110, who has filed an appearance in this matter.

DATED: April 7, 2005.                    Respectfully submitted,

_____
Mark Diana, Esq.
Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.
10 Madison Avenue
Suite 402
Morristown, New Jersey 07960

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. PLASSE<br><br>                Plaintiff,<br><br>vs.<br><br>TYCO ELECTRONICS CORPORATION,<br><br>                Defendant. | Civil Action No. 04-CV-30056-MAP |

## VISITING LAWYER CERTIFICATE

Pursuant to Local Rule 83.5.3(b), I, Lynelle J. Slivinski, request leave of court to appear and practice in the United States District Court, District of Massachusetts as counsel for defendant Tyco Electronics Corporation. I am an associate in the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., located in Morristown, New Jersey.

I certify that I am a member in good standing of the bars of the United States District Courts for the District of New Jersey, Southern District of New York, and Eastern District of New York; the New Jersey Supreme Court; and the Appellate Division of the Supreme Court of New York. My license to practice law is not, and has not been, subject to any disciplinary proceedings. I am familiar with the Local Rules of the United States District Court, District of Massachusetts.

I shall be associated in this action with Jeffrey D. Clements of Clements & Clements, LLP, 50 Federal Street, Boston, Massachusetts 02110, who has filed an appearance in this matter.

DATED: April 7, 2005.                    Respectfully submitted,


*Lynelle J. Slivinski*
Lynelle J. Slivinski, Esq.
Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.
10 Madison Avenue
Suite 402
Morristown, New Jersey 07960

2