AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. PLASSE | **NOTICE** |
| V. | |
| TYCO ELECTRONICS CORP. | CASE NUMBER:   04-30056-MAP |

TYPE OF CASE:

☒  **CIVIL**            **CRIMINAL**

☒  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |
| | June 3, 2005, at 11:00 a.m. |

TYPE OF PROCEEDING

STATUS CONFERENCE

☐  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

SARAH A. THORNTON, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| | |
|---|---|
| May 19, 2005 | /s/ .                        . /s/ Bethaney A. Healy |
| DATE | (BY) DEPUTY CLERK |

TO:    ALL  COUNSEL OF RECORD