UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. PLASSE,<br>            Plaintiff | )<br>)<br>)<br>) |
| v. | )   Civil Action No. 04-30056-MAP<br>)<br>) |
| TYCO ELECTRONICS CORP.,<br>            Defendant | )<br>) |

SCHEDULING ORDER
June 6, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held on June 3, 2005:

1. Defendant shall file its motion to compel by June 13, 2005, to which Plaintiff shall respond by June 22, 2005.

2. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by August 31, 2005.

3. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by September 30, 2005.

4. All expert depositions shall be completed by October 31, 2005.

5. Defendant shall file any dispositive motions by October 31, 2005, or inform the court in writing by that date that no such motions will be filed.

6. Plaintiff shall file his opposition to Defendant's motion(s), in any, by

November 30, 2005.

IT IS SO ORDERED.

DATED: June 6, 2005

                                                /s/ Kenneth P. Neiman  
                                                KENNETH P. NEIMAN  
                                                U.S. Magistrate Judge