UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. PLASSE<br><br>**Plaintiff,**<br><br>vs.<br><br>TYCO ELECTRONICS CORPORATION,<br><br>**Defendant.** | Civil Action No. 04-CV-30056-MAP |

## NOTICE OF FILING WITH CLERK'S OFFICE

    Notice is hereby given that the exhibits listed below have been manually filed with the Court and are available in paper form only:

**Exhibits A through O of Defendant's Memorandum in Support of Motion: (1) To Compel Plaintiff's Deposition; (2) To Compel Plaintiff To Produce Computers and Other Media Storage Devices for Inspection by Defendant's Computer Expert; and (3) To Compel Plaintiff to Produce Original Documents for Inspection and Analysis by Defendant's Ink Dating Expert**

    The original documents are maintained in the case file in the Clerk's Office.

June 13, 2005

/s/ Jeffrey D. Clements

_____
Jeffrey D. Clements, BBO# 632544
Clements & Clements, LLP
50 Federal Street
Boston, MA 02110
(617) 451-1802

Case 3:04-cv-30056-MAP    Document 31    Filed 06/13/2005    Page 2 of 2