## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

JAMES M. PLASSE

                    Plaintiff,

vs.                                                    Civil Action No.  04-CV-30056-MAP

TYCO ELECTRONICS CORPORATION,

                    Defendant.


### AMENDED NOTICE OF FILING WITH CLERK'S OFFICE


        Notice is hereby given that the exhibits listed below have been manually filed with the Court and are available in paper form only:


**Exhibits A through P** of Defendant's Memorandum in Support of Motion: (1) To Compel Plaintiff's Deposition; (2) To Compel Plaintiff To Produce Computers and Other Media Storage Devices for Inspection by Defendant's Computer Expert; and (3) To Compel Plaintiff to Produce Original Documents for Inspection and Analysis by Defendant's Ink Dating Expert


        The original documents are maintained in the case file in the Clerk's Office.



June 14, 2005                              /s/ Jeffrey D. Clements
                                           _____
                                           Jeffrey D. Clements, BBO# 632544
                                           Clements & Clements, LLP
                                           50 Federal Street
                                           Boston, MA 02110
                                           (617) 451-1802