UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAMES M.  PLASSE | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | **Civil Action No.  04-CV-30056-MAP** |
| | ) | |
| TYCO ELECTRONICS | ) | |
| CORPORATION, | ) | |
| Defendant | ) | |

## PLAINTIFF'S MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S RENEWED MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND FOR SANCTIONS

Now comes the plaintiff in the above entitled matter and requests an extension of time until September 26, 2005 to file its Opposition to the Defendant's Renewed Motion To Dismiss Plaintiff's Complaint And For Sanctions.  As reason therefor, the plaintiff offers the following:

1.    Defendant has filed a complicated, dispositive motion and the plaintiff requires an additional five (5) days to response.

2.    Defendant's counsel does not oppose this motion.

THE PLAINTIFF, JAMES PLASSE
BY HIS ATTORNEY

Maurice M. Cahillane, Esq., BBO# 069660
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this 16th day of September, 2005, on all parties, by facsimile and first class mail, postage prepaid, to:

Jeffrey D. Clements, Esq.
Clements & Clements, LLP
50 Federal Street
Boston, MA 02110

Maurice M. Cahillane

11094-030300\98135.wpd