UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JAMES M. PLASSE**

CIVIL / CRIMINAL

CASE NO. <u>04-30056-MAP</u>

V.

**TYCO ELECTRONICS CORP**

**Defendant**

### NOTICE

PONSOR    <u>D.J.</u>

PLEASE TAKE NOTICE that the above-entitled case has been set for A HEARING ON DEFENDANT'S RENEWED MOTION TO DISMISS AND FOR SANCTIONS   ON NOVEMBER  16, 2005  AT   3:00 P.M.  BEFORE JUDGE PONSOR IN COURTROOM ONE ON THE FIFTH FLOOR.

SARAH A. THORNTON,

CLERK OF COURT

<u>September 29, 2005</u>          By:    <u>/s/Elizabeth A. French</u>

      Date                                                       Deputy Clerk

**(Notice of Hearing.wpd - 3/7/2005)**