UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JAMES M. PLASSE                      )
            Plaintiff              )
                          )
vs.                                  )          **Civil Action No.  04-CV-30056-MAP**
                          )
TYCO ELECTRONICS                     )
CORPORATION,                         )
            Defendant              )

## PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY BRIEF

Now comes the plaintiff and moves for permission to file the attached reply brief and as

grounds therefore states:

1.     Defendant has filed a detailed reply brief which requires further responses.

                              THE PLAINTIFF, JAMES PLASSE
                              BY HIS ATTORNEY

Dated: November 14, 2005

                              Maurice M. Cahillane, Esq., BBO# 069660
                              EGAN, FLANAGAN AND COHEN, P.C.
                              67 Market Street - Post Office Box 9035
                              Springfield, MA 01102
                              (413) 737-0260; Fax: (413) 737-0121

1

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this 14th day of November, 2005, on all parties, by First Class Mail, postage prepaid, to:

Jeffrey D. Clements
Clements & Clements, LLP
50 Federal Street
Boston, MA 02110

Maurice M. Cahillane

11094-030300\101953.wpd