# EXHIBIT A

1-800-OkiData - Pat - Fax's



constantly loading documents which you do not want reduced, change the default NO REDUCTION function setting to ON. Once changed, your fax machine will never reduce documents unless you specifically select it using the 3/No Reduction key.

17 LONG DOC. TX Your fax machine is preset at the factory to not transmit documents which are longer than 19.7" (500 mm). This setting allows OFF / User OFF / User your fax machine to look for possible feeder errors if a number of sheets get passed through the feeder at the same time. If you occasionally need to send documents which are longer than this, the best way to do this is to temporarily turn long document transmission on using the 4/Long Documents key. However, if you are constantly sending documents which are longer than this, change the default LONG DOC. TX setting to ON. Once on, your fax machine will always allow you to send long documents.

18 VERIF. STAMP When the verification stamp feature is turned on, your fax machine stamps each page of your document once it is successfully received by the remote fax machine. The verification stamp is normally off, because you must use feeder transmission to use the verification stamp (feeder transmissions are slower than memory transmissions). If you occasionally use the verification stamp, the best way to do this is to temporarily turn this feature on using the 2/Verification Stamp key. However, if you are constantly transmit-ting documents with the verification stamp, change the default VERIF. STAMP setting to ON. You will still be able to perform memory transmissions, but you will first have to turn the verification stamp off with the 2/Verification Stamp key.

19 PAGE RE-TRANSMIT During a memory transmission, your fax machine is set to automatically attempt to retransmit a page of your document if a communication error occurs during the transmission of that page. If for some special requirement you do not want your fax machine to do this, set this function to OFF.

21 CLOSED NETWORK Closed network allows your fax machine to reject incoming messages from fax machines whose telephone numbers have not been programmed into one of your fax machines One Touch keys or Auto Dial codes. By setting CLOSED NETWORK to ON and programming the locations you want to

Thursday, Apr 07, 2005  05:08 PM

**User's Guide Okifax 2400/2600**
Chapter 4 Basic Operations

**2/Verification Stamp Key**

When the verification stamp is turned on, your fax machine will stamp the face of each page as it is successfully transmitted. The verification stamp can only be used during a feeder transmission.

Your fax machine is preset at the factory with the verification stamp function turned off unless you select otherwise using this key. However, you can change the default setting if you want, so that your fax machine will normally stamp pages as they are successfully transmitted. To do this, see Item # 18, VERIF.STAMP.



Jim,

Call + say if you need the rest of the list. There are (80) in the list

always use feeder transmission instead, unless you select memory transmission using the 1/Feeder « Memory key. For more information about these **transmission modes, see** 📖.

16 NO REDUCTION Your fax machine can scan documents which are wider than most fax machines (including the OKIFAX 2400/2600) can print. Your fax machine is set to automatically reduce transmitted documents to fit on the width of the printing paper available. This automatic reduction operates on documents you scan for both transmission and copying. If you occasionally load a document which you do not want reduced, the best way to turn no reduction on is by using the 3/No Reduction key. However, if you are constantly loading documents which you do not want reduced, change the default NO REDUCTION function setting to ON. Once changed, your fax machine will never reduce documents unless you specifically select it using the 3/No Reduction key.

17 LONG DOC. TX Your fax machine is preset at the factory to not transmit documents which are longer than 19.7" (500 mm). This setting allows OFF / User OFF / User your fax machine to look for possible feeder errors if a number of sheets get passed through the feeder at the same time. If you occasionally need to send documents which are longer than this, the best way to do this is to temporarily turn long document transmission on using the 4/Long Documents key. However, if you are constantly sending documents which are longer than this, change the default LONG DOC. TX setting to ON. Once on, your fax machine will always allow you to send long documents.

18 VERIF. STAMP When the verification stamp feature is turned on, your fax machine stamps each page of your document once it is successfully received by the remote fax machine. The verification stamp is normally off, because you must use feeder transmission to use the verification stamp (feeder transmissions are slower than memory transmissions). If you occasionally use the verification stamp, the best way to do this is to temporarily turn this feature on using the 2/Verification Stamp key. However, if you are constantly transmit-ting documents with the verification stamp, change the default VERIF. STAMP setting to ON. You will still be able to perform memory transmissions, but you will first have to turn the verification stamp off with the 2/Verification Stamp key.

19 PAGE RE-TRANSMIT During a memory transmission, your fax machine is set to automatically attempt to retransmit a page of your document if a communication error occurs during the transmission of that page. If for some special requirement you do not want your fax machine to do this, set this function to OFF.

21 CLOSED NETWORK Closed network allows your fax machine to reject incoming messages from fax machines whose telephone numbers have not been programmed into one of your fax machines One Touch keys or Auto Dial codes. By setting CLOSED NETWORK to ON and programming the locations you want to receive documents from into your One Touch keys and Auto Dial codes, you can create a closed network which will exclude messages from any other fax machines. This function is especially useful for rejecting unsolicited facsimile advertising. To receive a message from a fax machine which is not part of your closed network once this function is turned ON, you can temporarily disable the closed network using the **7/Closed Network key (see** 📖**).**

22 RELAY STATION Turn this function ON if you plan to use your OKIFAX 2600 as a relay key station for relay broadcasting. The OKIFAX 2400 cannot be used in this capacity. For detailed instructions about changing this setting, **see** 📖.

23 PRINT RELAY MSG. If you have set your OKIFAX 2600 to operate as a relay key station for relay broadcasting, your fax machine can be set to either print or not print a local copy of the message it is relaying. If you want your fax machine to print a copy of each document it is relaying, turn the PRINT RELAY MSG. setting ON. For detailed instructions about changing this function setting, **see** 📖.

24 RELAY KEY WORD If your OKIFAX 2600 has been set up as a relay key station for relay broadcasting, the relay key word insures that only people who know this password will be able to

**OKI**     **User's Guide Okifax 2400/2600**
## Chapter 4 Basic Operations

**1/Feeder « Memory Key**

Using this key, you can switch your document from memory to feeder transmission.

During feeder transmission, your document will be scanned into your fax machine and transmitted page-by-page. Feeder transmission is slower, but may occasionally be useful for very long or detailed faxes for which you may not have enough memory. You will also need to select feeder transmission if you want to use the verification stamp option.

During memory transmission, all of the pages in your document are fed into the fax machines memory before transmission begins. This is faster than feeder transmission and frees up your document table for loading the next document to be faxed or copied. It is usually your best choice.

Your fax machine is preset at the factory to use memory transmission unless you select otherwise using this key. However, you can change the default setting if you want, so that your fax machine will normally use feeder To change your fax machines default transmission setting from memory to feeder transmission, **see Item # 15, MEM./FEED SWITCH**.

When using memory transmission, your fax machine will always tell you the amount of memory you have remaining as a percentage. If you find that you are often running short on memory or if you are experiencing memory overflow errors, you can purchase optional memory cards to expand your fax machines memory. **Read about memory card options**.

