# EXHIBIT B

| | |
|---|---|
| 1 | A. Yes, I am. |
| 2 | Q. How are you sure about that? |
| 3 | A. Because I checked. |
| 4 | Q. When did you check? |
| 5 | A. Last week. |
| 6 | Q. How did you check? |
| 7 | A. I looked in my files, I had a copy of |
| 8 | the facsimile page, who I sent it to, the date I |
| 9 | sent it, and the resume was attached to it, plus |
| 10 | the fact that we talked about the situation, it |
| 11 | occurred to me that when I was at the interview, I |
| 12 | spoke with Tom Humbert and I explained to him that |
| 13 | I'm a candidate for my master's degree, that I've |
| 14 | taken courses and because of my management board |
| 15 | experience with McCormick, they would allow me |
| 16 | based on how many terms I served on the board so |
| 17 | many credits through Baltimore College which are |
| 18 | transferable to Western New England, so I had that |
| 19 | documentation, I showed him that as well saying |
| 20 | this would help me, you know, to pursue my |
| 21 | education because I was curious if they had a |
| 22 | tuition reimbursement program at the company. |
| 23 | Q. So your testimony is that you did not |
| 24 | represent to Tyco Electronics that you had an MBA, |

| | |
|---|---|
| 1 | A. Yes. |
| 2 | Q. Under education. |
| 3 | A. Uh-huh. Yes. |
| 4 | Q. According to this document, you |
| 5 | represent that you're pursuing an MBA slash |
| 6 | candidate, is that right? |
| 7 | A. Correct. |
| 8 | Q. And your testimony is that you did not |
| 9 | alter this resume at any time since July 26, 2000? |
| 10 | A. Correct. This is what I had in my |
| 11 | briefcase. |
| 12 | Q. This is the only resume you sent to Tyco |
| 13 | Electronics, is that right? |
| 14 | A. I don't know. I may have sent more than |
| 15 | one. |
| 16 | Q. Why do you think you may have sent more |
| 17 | than one? |
| 18 | A. I may have -- I could have sent it twice |
| 19 | through the computer. Sometimes there was an ad |
| 20 | in the paper plus there was an ad on Monster.com |
| 21 | so I may have sent more than one, I'm not really |
| 22 | sure, but when I went into the interview and |
| 23 | discussed my credentials -- |
| 24 | Q. I'm asking about your resume now. |

1   A.  Yes.
2   Q.  Do you have a different resume than the one that's included in Exhibit 9 at this time?
4   A.  I had so many different versions depending on the position I was interviewing for. If it was more in line with one part of accounting, I would probably highlight my experience to morely [sic] truly fit that position. If it was more of a cost accounting, I'd probably take some of my experience with cost accounting and highlight that a little bit more on the resume.
13  Q.  Did you highlight your educational credentials to describe yourself as an MBA in any of your resumes that you submitted to Tyco Electronics?
17  A.  No, I wouldn't have.
18  Q.  Do you recall completing a handwritten application for your job as controller for Tyco Electronics?
21  A.  I don't recall. I might have.
22  Q.  Do you recall describing your educational credentials in that application?
24  A.  No.

1   front of you.  Mr. Plasse, do you have any
2   confirmation sheet or other evidence that you
3   actually faxed Exhibit 9 to Tyco Electronics?
4       A.   No, I don't.
5       (Deposition Exhibit No. 11, one-page
6       Confidential Resume of James M. Plasse,
7       marked for identification)
8       Q.   Mr. Plasse, I'm going to show you what's
9   been marked as Exhibit 11.  I'll represent to you
10  that's a copy of your resume from the Tyco
11  Electronics personnel file.  Can you take a look
12  at it?
13      A.   Okay.
14      Q.   Do you recognize Exhibit 11 to be your
15  resume?
16      A.   It may have been one that I sent in
17  early on.  I don't know when they received it.
18      Q.   Mr. Plasse, would you read -- under
19  Exhibit 11, you've described your education,
20  correct?
21      A.   Yes.
22      Q.   What's the first entry you described in
23  Exhibit 11 under education?
24      A.   It says MBA Western New England College.

```
 1   by the appropriate company officials or as
 2   required by local law.  This policy will also
 3   change if and is required by local law."
 4        Q.   Thank you.  And you read this
 5   applicant's section before you -- the applicant's
 6   statement before you signed Exhibit 10, did you
 7   not?
 8        A.   Yes.
 9        Q.   I want to ask you again, Mr. Plasse, are
10   you sure you did not alter or modify the resume
11   that you've produced and represented was a fax
12   sent by you to Ms. Locke that's Exhibit 9?
13        A.   When I had this in my briefcase, this
14   was all intact and I guess, like I said, I may
15   have sent a number of different resumes to the
16   company 'cause at the time I was under that
17   recipal [phonetic] agreement with my former
18   company that based on my tenure on the multiple
19   management board, there would be a certain amount
20   of credits that could be applied to my MBA and I
21   explained that to Tom, that Tom, I'll be able to
22   get my MBA in May.
23        Q.   My question was, did you modify at any
24   time or alter the resume that is included in
```

1    me hear the question again if I could.
2        * (Question read)
3        Q.  Are you able to recognize the document
4    as your resume, Mr. Plasse, without consulting any
5    other documents?
6        A.  It appears to be my resume.
7        Q.  Do you have any evidence or any
8    information whatsoever that anyone else sent your
9    resume to Tyco Electronics?
10       A.  That's a possibility.
11       Q.  Why is that a possibility?
12       A.  Because when you send it in over the
13   Internet or if you give it to a headhunter, they
14   can change the information that's on your resume.
15   That's happened to me twice.
16       Q.  Let me ask you about Tyco Electronics
17   though.  You faxed -- your testimony this morning
18   is you faxed your resume and a cover letter to
19   Leslie Locke, is that right?
20       A.  Correct.
21       Q.  Was that true?
22       A.  Yes, it is.
23       Q.  So you didn't do it over the Internet,
24   you faxed it to Tyco Electronics, correct?

```
 1        A.   I did it two or three times.  I did
 2   both.
 3        Q.   Let me take one at a time so one you
 4   faxed.  Did you send a resume to Tyco Electronics
 5   by mail?
 6        A.   Yes, I did.
 7        Q.   And why did you send it by mail and by
 8   fax?
 9        A.   I may have -- just doing it via the
10   computer, I may have just attached a file and sent
11   it along to her and then I saw the ad in the Union
12   News or local newspaper like a week later and I
13   may have sent it again, but she lost the first fax
14   she told me, so I believe I refaxed it a second
15   time.
16        Q.   All right. You're testifying that you
17   may have.  I need to know whether you're actually
18   testifying about something you recall or whether
19   you're speculating.
20        A.   I'm speculating on the fact that she
21   lost the first fax.  I believe she had me send it
22   again and plus there was an agency that may have
23   sent one in as well.
24        Q.   You say may have, why do you say that?
```

| | |
|---|---|
| 1 | A. Because I was working with an agency. |
| 2 | Q. What was the agency called? |
| 3 | A. I think I gave you that, Mike Gates. |
| 4 | Q. This is when you applied to Tyco |
| 5 | Electronics? |
| 6 | A. Yes because -- |
| 7 | Q. Do you have any information or documents |
| 8 | relating to -- |
| 9 | A. No. |
| 10 | Q. Let me finish the question -- relating |
| 11 | to the communications with Mr. Gates about your |
| 12 | application to Tyco Electronics? |
| 13 | A. No. |
| 14 | Q. Do you have any evidence that Mr. Gates |
| 15 | provided any information to Tyco Electronics on |
| 16 | your behalf? |
| 17 | A. I'm not sure. |
| 18 | Q. You don't know? |
| 19 | A. Well, there's a practice of people |
| 20 | sending in your resume and then calling you and |
| 21 | saying oh, would you be interested in an |
| 22 | employment opportunity at this company before your |
| 23 | authorization for them to send the resume, and |
| 24 | then that's happened to me. |

```
1        Q.  Did that happen at Tyco Electronics?
2        A.  Well, if I see a resume that I didn't
3   send in, I'm just assuming that that probably
4   would have happened.
5        Q.  Without assuming, do you know whether
6   that happened at Tyco Electronics?
7        A.  I don't know.  They provided you the
8   resume, you'd have to ask them where they got it.
9        Q.  Do you know whether Mr. Gates sent a
10  resume to Tyco Electronics on your behalf at any
11  time?
12       A.  I don't know.  I don't think so.
13       Q.  Where's Mr. Gates now?
14       A.  I don't -- I haven't talked to him in
15  three years.
16       Q.  What was the last address that you knew
17  about for Mr. Gates?
18       A.  Oh, boy.  I believe he may have been in
19  Agawam, Massachusetts.
20       Q.  Are you aware of whether Mr. Gates ever
21  received any fee for placing you with any company?
22       A.  He may have.  I'm not really sure.
23       Q.  Do you know?
24       A.  No.
```

```
 1         A.  That's where it was, it was with all
 2   that, with all that information.
 3         Q.  In your laptop briefcase in your office,
 4   is that your testimony?
 5         A.  It was in an old briefcase in the corner
 6   of my office with all the other Tyco and it was --
 7   it was in there forever, I must have just stuck it
 8   in with those other documents and I may have moved
 9   it from file -- I may have moved it out of my desk
10   into the briefcase or something, I don't know.
11         Q.  But it was in the briefcase when you
12   found it, is that your testimony?
13         A.  It was in my briefcase for a while, I
14   put it in my Tyco folder.
15         Q.  But I'm trying to understand where the
16   document came from when you produced it today, and
17   I understand your testimony, I want you to correct
18   me if I'm wrong, that you found it in your old
19   laptop briefcase with other documents and
20   retrieved it from there recently, is that right?
21         A.  Since I've been terminated from Tyco, I
22   looked -- I cleaned out my briefcase when I left
23   Tyco, took all Tyco-related matter and put it into
24   one big folder in my office called Tyco matter and
```