# CONFIDENTIAL RESUME

## James M. Plasse
19 Hillary Lane, Westfield, MA 01085
Home (413)-562-8708, Work (860)-684-5881 Ext. 202



Experience:

| | |
|---|---|
| August 2000 To Present | **Tyco Electronics, Printed Circuit Group, LLP, Stafford, CT 01075**<br>Division of Tyco International, Ltd.   (ISO 9002 Certified)<br>*Controller, Stafford CT, Manchester CT, and San Diego CA, Divisions* |

* Responsible for the management and direction of all Finance functions, comprising General Accounting, Cost Accounting, Accounts Payable/Receivable, Payroll, Credit and Collections, and Purchasing for three divisions of Tyco Electronics / Printed Circuit Group with sales of $150 million and $1.5 billion consolidated.
* Oversee all aspects of financial reporting including the preparation of financial and operational reporting to internal management including the company's Board of Directors and Audit Committee.
* Coordinate and facilitate the development of annual business plans, strategic planning process, budgeting, forecasts, capital, cash management, taxes, and banking relationships in a manner designed to meet planned EBIT, DSO, and DII targets.
* Ensure financial controls, policies and processes are in compliance to provide accurate financial reporting in accordance with GAAP, corporate standards and SEC requirements including quarterly SEC financial reporting.
* Oversee the month-end closing process, monthly consolidated financial statements, monitor capital and operating budgets for variance to plan, support the annual audit and other special requests.
* Review and recommend acquisition and divestiture opportunities for the division. Coordinate the finance and accounting due diligence activities for acquisitions of complementary businesses and product lines.
* In conjunction with other Senior Management, foster financial leadership, efficiency, systemization and discipline throughout the organization.
* Involved in developing, modifying, and executing company policies that affect immediate operations and profit objectives.
* As Controller, served as the senior financial executive and strategist at the highest organizational level, having advised corporate management on issues relating to accounting, internal control and financial analysis.
* Proven management and leadership skills with the ability to provide clear direction to the department.
* An "in-the-trenches" mindset, willing to immerse self in the business and engaging decisions with a strategic, business centered orientation and the ability to prioritize and deliver on key initiatives.

| | |
|---|---|
| October 1996 To August 2000 | **Tubed Products, Inc., Easthampton, MA 01027**<br>Packaging Division of McCormick & Company Spices<br>*Finance Manager* |

* Responsible for guiding and supporting senior management in their understanding of the financial related activities in a manner designed to meet the planned profitability of a $100 million company.
* Provide business advice to members of the operations and sales groups to assist them in achieving profit and volume objectives.
* Contribute to company strategy and initiatives as a key member of the financial staff achieving an $11 million turnaround in operating profits and a $5 million reduction in excess and obsolete inventories.
* Responsible for the financial analysis of capital asset proposals to assure conformance with corporate policy and financial targets with the sound investment of a $7 million capital budget.
* Support the pricing committee by providing the necessary standard and actual costs needed to make sound pricing decisions enabling the company to exceed planned gross margins by 20 percent.
* Coordinated a cross functional team to implement procedures and guidelines to improve the collection and resolution of over $400 thousand in outstanding receivables.
* Work with the company's information systems department to develop financial information systems.
* Responsible for the development and update of the finance departments policies and procedures.
* Chairperson and Executive Committee member of the McCormick & Company Multiple Management Board. (Junior Board of Directors)

# CONFIDENTIAL RESUME

## James M. Plasse
19 Hillary Lane, Westfield, MA 01085
Home (413)-562-8708, Work (860)-684-5881 Ext. 202

---

| | |
|---|---|
| June 1992 to October 1996 | **Spalding Sports Worldwide, Chicopee, MA 01021**<br>*Senior Financial Analyst Manager* |

* Responsible for the management of accounting staff to ensure an accurate month-end close for a $300 million U.S. Division.
* Interfaced computer software with financial reporting requirements to streamline manual financial processes.
* Provided financial information for various sales and marketing managers, and vice presidents on key business trends, ratios, and variances.
* Participated in monthly staff meetings to review system improvements, contingency plans, expense reduction plans, and financial results.
* Directly responsible for product line budgets, forecasting, and financial statement analysis.
* Monitored operating expenses, costs, margin analysis, and product line profitability.
* Reconciled domestic and international inventory, manufacturing, and procurement variances.
* Audited billing transactions to assure accuracy and conformance with company policy.

| | |
|---|---|
| June 1988 To June 1992 | **Ampad Corporation, Holyoke, MA 01040**<br>Division of Mead Paper & Company<br>*Senior Cost Accountant* |

* Responsible for all functions relating to cost accounting, budgets, and forecasting of a $200 million company.
* Coordinated all the manufacturing budgets for six manufacturing plants with $28 million in inventory.
* Supervised the daily accounting activities of three cost accountants, responsible for the monthly closing process, variance analysis, preparation of monthly financial statements and forecasts.
* Developed computer generated reports for tracking inventory waste, inefficiencies and material usage variances.
* Protected corporate assets with the development and implementation of sound financial policies and procedures.
* Participated in monthly staff meetings with senior management to review financial results, and corporate strategies for operational improvements.

| | |
|---|---|
| May 1986 To June 1988 | **Sealed Air Corporation, Holyoke, MA 01040**<br>*Plant Controller/Accounting Manager* |

* Responsible for all plant accounting activities for two divisions of Sealed Air Corporation.
* Supervised the daily work activities of payroll, accounts payable, and accounts receivable departments.
* Responsible for product line budgets, fixed manufacturing and capital budgets, standard cost development, monthly closings, variance analysis, and monthly financial reporting.
* Prepared monthly profit and loss statements and variance analysis for a process cost environment.
* Assured optimum utilization of financial resources through sound forecasting and cash management.
* Audit responsibilities to assure accuracy and conformance with corporate policy.
* Coordinated annual external and internal audits including the annual physical inventory process.

**Relevant Experience and Skills:** Proficient in use of Excel, Microsoft Word, PowerPoint, Outlook, Hyperion, Lotus 123, Lotus Wordpro, Lotus Freelance, Ross General Ledger, Mapics\XA, and other PC\Network based systems.

**Education:** M.B.A., Western New England College, Springfield, MA (Fall of 2001)
B.A., Accounting, Westfield State College, Westfield, MA
A.S., Business Administration, Holyoke Community College, Holyoke, MA
A.S., Criminal Law, Holyoke Community College, Holyoke, MA

**References:** Available upon request

PLASSE 0194