

FAXED 7/26/00

TO:     LESLIE LOCKE

FROM:   JIM PLASSE

4 PAGES INCLUDING HEADER PAGE

FAX #   860-684-2280

July 26, 2000

Tyco Electronics
11 Tyco Drive
Stafford Springs, CT 06076

Dear Leslie:

I am faxing you a copy of my resume for the position of Controller (Ref Code TPCG Controller/Staff/Man) listed on Monster.com. I have held key financial manager positions for plastic packaging, specialty paper, and sporting goods manufacturing companies. In addition, I have extensive experience overseeing the budgeting process, month end closings, variance analysis, and financial reporting systems in a manufacturing environment.

Tyco, the world's largest supplier of electronic and electrical connectors, with combined sales of over $22 billion in fiscal 1999 is impressive.

I believe my qualifications closely parallel the requirements for the position and would appreciate meeting with you in person to discuss the position.

Please contact me at 413-562-8708 and I appreciate your confidentially.

Sincerely,

*[signature]*

James M. Plasse

# James M. Plasse
19 Hillary Lane, Westfield, MA 01085
Residence: (413) 562-8708  Work: (413) 529-1333

---

**October 1996**  **Tubed Products, Inc., Easthampton, MA**
**to Present**     Packaging Division of McCormick & Company Spices
                    *Financial Analysis Manager*

- Responsible for guiding and supporting senior management in their understanding of the financial related activities in a manner designed to meet the planned profitability of a $100 million plastic tube and cap manufacturer.
- Contributed to company strategy and initiatives as a key member of the finance team achieving an $11 million turnaround in operating profits and a $5 million reduction in excess and obsolete inventories.
- Responsible for the financial analysis of capital asset proposals to assure conformance with corporate policy and financial targets with the sound investment of a $7 million annual capital budget.
- Supported the pricing committee by providing the necessary standard and actual costs needed to make sound pricing decisions enabling the company to exceed planned gross margins by 20 percent.
- Implemented procedures and guidelines to expedite the resolution and collection of over $400 thousand in past due receivables.
- Partnered with senior management to develop an operations rationalization plan involving the elimination of unprofitable products and customers, and the restructure of high cost operations.
- Chairperson and Committee member of the McCormick & Company Multiple Management Board. (Junior Board of Directors)


**June 1992**     **Spalding Sports Worldwide, Chicopee, MA**
**to October 1996**  *Senior Financial Analyst*

- Responsible for the financial analysis and month-end closing process of a $300 million sporting goods manufacturer.
- Interfaced computer software with financial reporting requirements to streamline manual financial processes.
- Provided financial information for various sales and marketing managers, and vice presidents on key business trends, ratios, and variances.
- Participated in monthly staff meetings to review system improvements, contingency plans, expense reduction plans, and financial results.
- Directly responsible for product line budgets, forecasting, and financial statement analysis.
- Monitored operating expenses, costs, margin analysis, and product line profitability.


**June 1988**    **Ampad Corporation, Holyoke, MA**
**to June 1992** Division of Mead Paper & Company
                 *Senior Cost Accountant*

- Responsible for all functions relating to cost accounting, budgets, and forecasting of a $200 million company.
- Coordinated all the manufacturing budgets for six manufacturing plants with over $28 million in inventory.
- Supervised the daily accounting activities of three cost accountants, responsible for the monthly closing process, monthly variance analysis, preparation of monthly financial statements and financial forecasts.
- Developed computer generated reports for tracking material scrap, inefficiencies and material usage variances.
- Coordinated a cross functional team to implement procedures and guidelines to improve material usage variances and production efficiencies.
- Protected corporate assets with the development and implementation of sound financial policies and procedures resulting in significant cost savings.
- Participated in monthly staff meetings with senior management to review financial results, and strategies for operational improvements.

**James M. Plasse**
- Page 2 -

---

**May 1986**  **Sealed Air Corporation, Holyoke, MA**
**to June 1988**  *Plant Controller/Accounting Manager*

- Responsible for all plant accounting activities for two divisions of Sealed Air Corporation.
- Supervised the daily work activities of accounts payable, and accounts receivable, and payroll departments.
- Responsible for product line budgets, fixed manufacturing and capital budgets, standard cost development, monthly closing process, variance analysis, inventory control, and monthly financial reporting.
- Provided leadership and support to all employees on HR related issues.
- Prepared monthly profit and loss statements and variance analysis for a process cost environment.
- Assured optimum utilization of financial resources through sound forecasting and cash management practices.
- Audit responsibilities to assure accuracy and conformance with corporate policy and internal controls.
- Coordinated the annual physical inventory process and implemented effective cost controls measures.

**Relevant Skills:** Excellent communication skills and strong planning and organization abilities. Hands-on management style with an ability to engage decisions with a strategic, business centered orientation and the ability to deliver on key initiatives.

**System Skills:** Proficient in use of Excel, Microsoft Word, PowerPoint, Outlook, FAS, Hyperion, Lotus 123, Lotus Wordpro, Lotus Freelance, Global, MacPac, Ross General Ledger, Mapics\XA, AS400, Cognos, and other PC\Network based systems.

**Education:** Western New England College, Springfield, MA (Pursuing MBA/Candidate)
B.A., Accounting, Westfield State College, Westfield, MA, 1986
A.S., Business Administration, Holyoke Community College, Holyoke, MA, 1984
A.S., Criminal Law, Holyoke Community College, Holyoke, MA, 1983

**References:** Available upon request



# US-CT-Stafford-Controller - Stafford/Manchester

Manage divisions providing information, primarily financial in nature, about all Company's activities that will assist management and other users in making educated decisions about the Company's financial standing and future. Oversee the activities of the Finance Departments for the accurate and timely dissemination of financial management reports including, but not limited to, internal and external monthly financial statements, and annual audits and annual budgets. Ensure the accurate and timely processing of accounts payable, purchase orders, petty cash, core employee expense reports, cash control, core payroll processing and tax compliance. Ensure the accurate and timely management of all Accounts Receivable aging components including billing, cash receipts application, quarter and year end closing. Establish and maintain systems and controls which verify the integrity of all systems, processes and data. Participate in a wide variety of special projects and compile a variety of special reports.

## Additional Information
**Position Type:** Full Time
**Ref Code:** TPCG-Controller-Staff/Man

## Contact Information
Leslie Locke
leslie.locke@tpcg.net
Tyco Electronics
11 Tyco Drive
Stafford Springs CT 06076
Fax: 860-684-2280

Click here to see all "Tyco Electronics" opportunities
Click here to see all "Tyco International" opportunities

EMAIL THIS JOB TO A FRIEND

Learn more about "Tyco Electronics"

**APPLY ONLINE**