# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JAMES M. PLASSE,

    Plaintiff(s)

        v.               CIVIL ACTION NO. 3:04-30056-MAP

TYCO ELECTRONICS CORP.,

    Defendant(s)

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Tyco Electronics Corp., against the plaintiff James M. Plasse, pursuant to the court's memorandum and order entered this date, granting the defendant motion to dismiss and for sanctions.

                        **SARAH A. THORNTON**,
                        CLERK OF COURT

Dated:  September 7, 2006     By /s/ *Maurice G. Lindsay*
                        Maurice G. Lindsay
                        Deputy Clerk

*(Civil Judgment.wpd - 11/98)*                         *[jgm.]*