UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. PLASSE )<br>      Plaintiff )<br>)<br>vs. )<br>)<br>TYCO ELECTRONICS )<br>CORPORATION, )<br>      Defendant ) | Civil Action No. 04-CV-30056-MAP |

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that the plaintiff hereby appeals to the United States Court of Appeals for the First Circuit from the judgment and order of the Court dated September 7, 2006.

THE PLAINTIFF, JAMES PLASSE
BY HIS ATTORNEY

Dated: October 5, 2006

*/s/ Maurice Cahillane*
Maurice M. Cahillane, Esq., BBO# 069660
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121

11094-030300\121866.wpd