'NITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 3:04-cv-30056-MAP

JAMES M. PLASSE
Plaintiff

v.

TYCO ELECTRONICS CORPORATION
Defendant

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1 through 54

and contained in Volume(s) 2 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on. 10/5/06

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 10/11/06.

Sarah A Thornton, Clerk of Court

By:      /s/ Maurice G. Lindsay

Maurice G. Lindsay
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 10/25/06 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 06-2478

N:\MyFiles\DOCS\ClerksCertificate-COA.frm- 3/06