# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-2478

JAMES M. PLASSE
Plaintiff - Appellant

v.

TYCO ELECTRONICS CORPORATION
Defendant - Appellee

### JUDGMENT

Entered: February 16, 2007
Pursuant to 1st Cir. R. 27.0(d)



By notice issued January 5, 2007 and January 26, 2007, appellant was notified that he was in default for failure to file an opening brief. Appellant was warned that unless he filed a brief by February 9, 2007, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45.0(a) and 3.0(b).

By the Court:
Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

By:_____
**MARGARET CARTER**
Chief Deputy Clerk

Deputy Clerk

Date: 3/13/07

[cc: Maurice M. Cahillane, Esq., Jeffrey D. Clements, Esq., Mark Diana, Esq.]